IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Sweat, Darrell | Case Number: 08 B 30228 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,000.00 | 0.00 |
| 2. | HFC | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 51,000.00 | 0.00 |
| 4. | HFC | Secured | 0.00 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 97.82 | 0.00 |
| 6. | Community Hospital | Unsecured | 18.48 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 8. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 9. | CMI | Unsecured | | No Claim Filed |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 13. | HomEq Servicing Corp | Unsecured | | No Claim Filed |
| 14. | AMC Mortgage Serivces | Unsecured | | No Claim Filed |
| 15. | American Collection Corp | Unsecured | | No Claim Filed |
| 16. | New Century Mortgage | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | Park Dansan | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Drive Financial Services | Unsecured | | No Claim Filed |
| 21. | Saxon Mortgage Services Inc | Unsecured | | No Claim Filed |
| 22. | New Century Mortgage | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | First Premier Bank | Unsecured | | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 26. | Dovenmuehle Mortgage | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sweat, Darrell

Printed: 03/10/09

Case Number: 08 B 30228
Judge: Hollis, Pamela S
Filed: 11/6/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 54,116.30 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*